ALBERTO DE VERASTEGUI, Respondent, *v.* LUCIEN LEVY, Appellant, Impleaded with Others.

*de Verastegui* v. *Levy*, 143 App. Div. 949, affirmed.
(Submitted October 15, 1912; decided October 29, 1912.) .

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 29, 1911, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to foreclose a mortgage on real property.

*Louis Sachs* for appellant.

*Allan C. Rowe* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ. Absent: GRAY, J.